NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES MARCELIN, DOC #H38119, )
 )
Appellant, )
 )
v. ) Case No. 2D18-2746
 )
STATE OF FLORIDA, )
 )
Appellee. )
_____ )

Opinion filed June 26, 2019.

Appeal from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

Gary J. Schwartz, Orlando, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Sr. Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

Affirmed.

SLEET, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.